957 A.2d 1180

**Alphonso JOHNSON, a/k/a Lamont Jackson, Petitioner**

**v.**

**Anthony DEFINO, Honorable Judge Court
of Common Pleas, Respondent.**

**No. 84 EM 2008.**

Supreme Court of Pennsylvania.

Oct. 1, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 1st day of October, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.** The name of the judge is to be stricken from the caption.